**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br>611 Pennsylvania Avenue SE #231<br>Washington, D.C. 20003,<br><br>*Plaintiff*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br>Harry S. Truman Federal Building<br>2201 C. Street NW<br>Washington, D.C 20520<br><br>*Defendant.* | Civil Action No.: 23-1939 |

**COMPLAINT**

1. The Plaintiff, America First Legal Foundation ("AFL"), brings this action against the United States Department of State ("State") to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

**JURISDICTION AND VENUE**

2. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Additionally, it may grant declaratory relief pursuant to 28 U.S.C. § 2201, *et seq*.

3. Venue is proper in this District pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

**PARTIES**

4. The Plaintiff, AFL, is a nonprofit organization working to promote the rule of law in the United States, prevent executive overreach, ensure due process and

equal protection for all Americans, and encourage public knowledge and understanding of the law and individual rights guaranteed under the United States Constitution and the laws of the United States. AFL's mission includes promoting government transparency and accountability by gathering official information, analyzing it, and disseminating it through reports, press releases, and/or other media, including social media platforms, all to educate the public.

5. The Defendant, the United States Department of State, is an agency under 5 U.S.C. § 552(f), with its headquarters in the Harry S. Truman Federal Building, located at 2201 C. Street NW, Washington, D.C, 20520.

**First FOIA**

6. On December 6, 2022, AFL submitted a FOIA request to State, seeking records connected to Funding Opportunity Number S-NL800-20-GR-3011. Exhibit 1.

7. On December 12, 2022, State sent an acknowledgment email assigning the request tracking number F-2023-02502. Exhibit 2.

8. On March 14, 2023, AFL sent State an email requesting a status update. Exhibit 3.

9. On March 20, 2023, State replied to AFL's request for a status update, stating that there was a FOIA backlog and that the agency is "working through it as quickly as possible" but providing no estimate for the request. Exhibit 4.

**Second FOIA**

10. On December 6, 2022, AFL submitted a FOIA request to State, seeking records connected to Funding Opportunity Number DOS-USNATO-PAA-2022-002. Exhibit 5.

11. On December 7, 2022, State sent an acknowledgment email assigning the request tracking number F-2023-02475. Exhibit 6.

12. On March 14, 2023, AFL sent State an email requesting a status update. *Id.*

13. On March 20, 2023, State replied to AFL's request for a status update, stating that there was a FOIA backlog and that the agency is "working through it as quickly as possible" but providing no estimate for the request. *Id.*

**Third FOIA**

14. On December 6, 2022, AFL submitted a FOIA request to State, seeking records connected to Funding Opportunity Number DOS-USNATO-PAA-2021-001. Exhibit 7.

15. On December 7, 2022, State sent an acknowledgment email assigning the request tracking number F-2023-2023-02473. Exhibit 8.

16. On March 14, 2023, AFL sent State an email requesting a status update. *Id.*

17. On March 20, 2023, State replied to AFL's request for a status update, stating that there was a FOIA backlog and that the agency is "working through it as quickly as possible" but providing no estimate for the request. *Id.*

**Fourth FOIA**

18. On December 6, 2022, AFL submitted a FOIA request to State, seeking records connected to Funding Opportunity Number DOS-USNATO-PAA-2020-002. Exhibit 9.

19. On December 7, 2022, State sent an acknowledgment email assigning the request tracking number F-2023-02470. Exhibit 10.

20. On March 14, 2023, AFL sent State an email requesting a status update. *Id.*

21. On March 20, 2023, State replied to AFL's request for a status update, stating that there was a FOIA backlog and that the agency is "working through it as quickly as possible" but providing no estimate for the request. *Id.*

**Fifth FOIA**

22. On December 6, 2022, AFL submitted a FOIA request to State, seeking records connected to Funding Opportunity Number DOS-USNATO-PAA-2020-001. Exhibit 11.

23. On December 7, 2022, State sent an acknowledgment email assigning the request tracking number F-2023-02466. Exhibit 12.

24. On March 14, 2023, AFL sent State an email requesting a status update. *Id.*

25. On March 20, 2023, State replied to AFL's request for a status update, stating that there was a FOIA backlog and that the agency is "working through it as quickly as possible" but providing no estimate for the request. *Id.*

**Sixth FOIA**

26. On December 6, 2022, AFL submitted a FOIA request to State, seeking records connected to Federal Award Identification Numbers SGECPD22CA0036, SLMAQM18GR2177, SLMAQM19CA2246, SMJ19019GR0016, SAS20022CA0050, SBE30019CA0012, and SNL80021GR3024. Exhibit 13.

27. On December 7, 2022, State sent an acknowledgment email assigning the request tracking number F-2023-02500. Exhibit 14.

28. On March 14, 2023, AFL sent State an email requesting a status update. *Id.*

29. On March 20, 2023, State replied to AFL's request for a status update, stating that there was a FOIA backlog, and that the agency is "working through it as quickly as possible" but providing no estimate for the request. *Id.*

**Seventh FOIA**

30. On December 6, 2022, AFL submitted a FOIA request to State, seeking records connected to Funding Opportunity Number SGECPD22CA0036. Exhibit 15.

31. On December 7, 2022, State sent an acknowledgment email assigning the request tracking number F-2023-02499. Exhibit 16.

32. On March 14, 2023, AFL sent State an email requesting a status update. *Id.*

33. On March 20, 2023, State replied to AFL's request for a status update, stating that there was a FOIA backlog, and that the agency is "working through it as quickly as possible" but providing no estimate for the request. *Id.*

**Eighth FOIA**

34. On December 6, 2022, AFL submitted a FOIA request to State, seeking records connected to Funding Opportunity Number S-GECPD-17-001. Exhibit 17.

35. On December 7, 2022, State sent an acknowledgment email assigning the request tracking number F-2023-02498. Exhibit 18.

36. On March 14, 2023, AFL sent State an email requesting a status update. *Id.*

37. On March 21, 2023, State replied to AFL's request for a status update, stating that there was a FOIA backlog, and that the agency is "working through it as quickly as possible" but providing no estimate for the request. *Id.*

**Ninth FOIA**

38. On December 6, 2022, AFL submitted a FOIA request to State, seeking records connected to Funding Opportunity Number SFOP0008867. Exhibit 19.

39. On December 7, 2022, State sent an acknowledgment email assigning the request tracking number F-2023-02497.

40. On March 14, 2023, AFL sent State an email requesting a status update. Exhibit 20.

41. On March 21, 2023, State replied to AFL's request for a status update, stating that there was a FOIA backlog, and that the agency is "working through it as quickly as possible" but providing no estimate for the request.

## CLAIM FOR RELIEF

### Violation of FOIA, 5 U.S.C. § 552

42. AFL repeats paragraphs 1–41.

43. AFL properly requested records within the possession, custody, and control of the Defendant.

44. The Defendant has failed to conduct a reasonable search for responsive records.

45. Moreover, the Defendant failed to disclose any segregable, non-exempt portions of responsive records. *See* 5 U.S.C. § 552(b).

46. The Defendant failed to respond to AFL's requests within the statutory time period. *See* 5 U.S.C. § 552(a)(6).

47. Accordingly, AFL has exhausted its administrative remedies. *See* 5 U.S.C. § 552(a)(60(C).

48. The Defendant violated the FOIA by failing, within the prescribed time limit, to (i) reasonably search for records responsive to AFL's FOIA requests; (ii) provide a lawful reason for the withholding of any responsive records; and (iii) segregate exempt information in otherwise non-exempt responsive records.

## RELIEF REQUESTED

WHEREFORE, AFL respectfully requests this Court:

i. Declare that the records sought by these requests, as described in the foregoing paragraphs, must be disclosed pursuant to 5 U.S.C. § 552;

ii. Order the Defendant to conduct searches immediately for all records responsive to AFL's FOIA requests and demonstrate that they employed search methods reasonably likely to lead to the discovery of responsive records;

iii. Order the Defendant to produce by a date certain all non-exempt records responsive to AFL's FOIA requests;

iv. Award AFL attorneys' fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E); and

v. Grant AFL such other and further relief as this Court deems proper.

July 5, 2023.

Respectfully submitted,

/s/ Jacob Meckler_____
Michael Ding D.C. Bar No. 1027252
Email: Michael.Ding@aflegal.org
Jacob Meckler D.C. Bar No. 90005210
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
Tel.: (972) 861-2132
E-mail: Jacob.Meckler@aflegal.org

*Counsel for the Plaintiff*
*America First Legal Foundation*