Civil Action No. 23-1939

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __United States Attorney for the District of Columbia__ was received by me on *(date)* __July 13, 2023__ .

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Via Email at USADC.ServiceCivil@usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

/s/ Jacob Meckler
*Server's signature*

Jacob Meckler, Attorney
*Printed name and title*

611 Pennsylvania Ave. SE #231, Washington D.C., 20003
*Server's address*

Additional information regarding attempted service, etc:



Jacob Meckler

# America First Legal Foundation v. Dep't of State, 1:23-cv-01939

2 messages

**Jacob Meckler**  Thu, Jul 13, 2023 at 9:01 AM
To: USADC.ServiceCivil@usdoj.gov

To whom it may concern,

Please accept service of the attached documents in *America First Legal Foundation v. Department of State*, (1:23-cv-01939).

Please confirm receipt.

--
Jacob Meckler | Attorney
 | [aflegal.org](https://aflegal.org)

 **Service Package 1-23-cv-01939.pdf**
1852K

**USADC-ServiceCivil** <USADC.ServiceCivil@usdoj.gov>  Fri, Jul 14, 2023 at 5:04 PM
To: Jacob Meckler

Your service package has been received and accepted with a service date of July 13, 2023.  Thank you.

[Quoted text hidden]