UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>　　　　　Defendant. | Civil Action No. 23-1939 (LLA) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 12, 2025, Minute Order, Plaintiff America First Legal Foundation and Defendant Department of State ("Department"), by and through undersigned counsel, hereby submit this Status Report. The parties report as follows:

1. Plaintiff brings this case under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking to compel the release of documents relating to nine FOIA request. *See* Compl. (ECF No. 1).

2. As previously reported, the Department completed an initial search for potentially responsive records for the nine FOIA requests and located more than approximately 1 million pages of potentially responsive records. *See* Jt. Status Report (ECF No. 13).

3. Based on the volume of potentially responsive pages, the parties have been engaged in discussions and determining whether the scope of potentially responsive records can be narrowed.

4. The parties agreed to prioritize and narrowing terms for Request F-2023-02500/ (FAIN) SLMAQM18GR2177. The Agency completed its searches for Request F-2023-02500/

(FAIN) SLMAQM18GR2177 and made productions on May 16, 2024, June 27, 2024, August 8, 2024, and September 19, 2024.

5. The parties have agreed to now prioritize F-2023-02498/ FL-2023-00096 (regarding "S-GECPD-17-001"). As previously reported, the Agency completed its searches for Request F-2023-02498/ FL-2023-00096 (regarding "S-GECPD-17-001"). Since the last status report, the Agency made productions on April 17, 2025, May 29, 2025, and July 10, 2025. The Agency will continue to make a good faith effort to process the potentially responsive records at an average rate of 450 pages every 6 weeks and produce the cleared records on a rolling basis.

6. As previously mentioned, the parties have agreed to the marking of "emails with no substantive information about the grant award as non-responsive," subject to the condition that Plaintiff reserves the right to have the agency process those emails upon request.

7. The parties will continue to discuss prioritization of the remaining FOIA requests and search terms.

8. The parties propose filing another Joint Status Report on or before November 13, 2025, updating the Court on the Agency's response to Plaintiff's FOIA requests.

| | |
|---|---|
| Dated: August 11, 2025 | Respectfully submitted, |
| */s/ Jacob Meckler* <br> Jacob Meckler (D.C. Bar No. 90005210) <br> AMERICA FIRST LEGAL FOUNDATION <br> 611 Pennsylvania Avenue SE #231 <br> Washington, D.C. 20003 <br> (202) 964-3721 <br> Jacob.Meckler@aflegal.org <br><br> *Attorneys for the Plaintiff* | JEANINE FERRIS PIRRO <br> United States Attorney <br><br> By: */s/ Stephanie R. Johnson* <br>     STEPHANIE R. JOHNSON <br>     Assistant United States Attorney <br>     601 D Street, NW <br>     Washington, DC 20530 <br>     (202) 252-7874 <br>     Stephanie.Johnson5@usdoj.gov <br><br> *Attorneys for the United States of America* |